IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION, a California public pension fund,

    Plaintiff,

v.

JOHN J. RIGAS, TIMOTHY J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, PETER L. VENETIS, DENNIS P. COYLE, LESLIE J. GELBER, PETE J. METROS, ERLAND E. KAILBOURNE, JAMES R. BROWN, DELOITTE & TOUCHE, LLP, BANC OF AMERICA SECURITIES, LLC, and SALOMON SMITH BARNEY HOLDINGS, INC.,

    Defendants.

CIVIL ACTION NO. 02-CV-4086

---

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter our appearance on behalf of Defendants Salomon Smith Barney Holdings, Inc. and Banc of America Securities, LLC in the above-captioned matter.

    _____
    David C. Franceski, Jr.
    (I.D. No. 32664)
    Thomas W. Dymek
    (I.D. No. 86248)
    STRADLEY, RONON, STEVENS & YOUNG, LLP
    2600 One Commerce Square
    Philadelphia, PA  19103-7098
    (215) 564-8000

    Attorneys for Defendants
    Salomon Smith Barney Holdings, Inc. and
    Banc of America Securities, LLC

Of Counsel:

Mitchell A. Lowenthal
David E. Brodsky
Jennifer L. Kroman
Stuart N. Mast
CLEARY, GOTTLIEB, STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006

Dated: November 27, 2002.
615613

CERTIFICATE OF SERVICE

I, Thomas W. Dymek, hereby certify that on this 19th day of September, 2002, I caused a true and correct copy of the foregoing to be served upon the following:

VIA FIRST CLASS, U.S. MAIL

Geoffrey C. Jarvis, Esquire
Stuart M. Grant, Esquire
Megan D. McIntyre, Esquire
GRANT & EISENHOFER PA
1201 N. Market Street, Suite 2100
Wilmington, DE  19801-2599


Penny Conly Ellison, Esquire
Thomas S. Biemer, Esquire
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595


Patrick J. O'Connor
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103


Joel E. Tasca, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 Market Street, 51st. Floor
Philadelphia, PA  19103


Robert L. Hickok, Esquire
Jeremy Heep, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799

Philip C. Korologos, Esquire
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York  10504

Daniel C. Fleming, Esquire
Henry Oh, Esquire
WONG FLEMING PC
1528 Walnut Street, Suite 1602
Philadelphia, PA  19102

Matthew H. Meade, Esquire
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104-0050

                                                Thomas W. Dymek

Doc. #610781