IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION, a California public pension fund,

    Plaintiff,

v.

JOHN J. RIGAS, TIMOTHY J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, PETER L. VENETIS, DENNIS P. COYLE, LESLIE J. GELBER, PETE J. METROS, ERLAND E. KAILBOURNE, JAMES R. BROWN, DELOITTE & TOUCHE, LLP, BANC OF AMERICA SECURITIES, LLC, and SALOMON SMITH BARNEY HOLDINGS, INC.,

    Defendants.

---

CIVIL ACTION NO. 02-CV-4086

## UNCONTESTED MOTION OF DEFENDANTS SALOMON SMITH BARNEY HOLDINGS, INC. AND BANC OF AMERICA SECURITIES, LLC FOR SPECIAL ADMISSION *PRO HAC VICE* OF OUT-OF-STATE COUNSEL

Defendants Salomon Smith Barney Holdings, Inc. and Banc of America Securities, LLC ("Defendants") through their associate counsel, Stradley, Ronon, Stevens & Young, LLP, hereby move this Court to allow the special admission *pro hac vice* of the attorneys listed below, to participate in the pre-trial, trial and post-trial proceedings in the above-captioned matter. In support of this motion, Defendants aver as follows:

    1.    Defendants have retained Stradley, Ronon, Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, Pennsylvania 19103, to serve as associate counsel of record in this case. The law firm of Cleary, Gottlieb, Steen & Hamilton ("Cleary Gottlieb"), One Liberty Plaza, New York, NY 10006, has been retained as Defendants' primary counsel.

- 2-

2. By this motion, Defendants seek the special admission *pro hac vice* of the following out-of-state attorneys from the Cleary Gottlieb law firm who are familiar with the legal interests of Defendants that are at interest in this litigation: Mitchell A. Lowenthal, Esq., David E. Brodsky, Esq., Jennifer L. Kroman, Esq., and Stuart N. Mast, Esq.

3. Mr. Lowenthal, a partner at Cleary Gottlieb, is admitted to the bar of the state of New York. He is also admitted to practice before the United States District Courts for the Eastern District of New York, the Southern District of New York, and the Eastern District of Wisconsin. In addition, he is admitted to practice before the United States Courts of Appeals for the Second Circuit and Ninth Circuit, and the United States Supreme Court. (See Declaration of Mitchell A. Lowenthal, Esq., attached hereto as Exhibit "A.")

4. Mr. Brodsky, also a partner at Cleary Gottlieb, is admitted to the bar of the state of New York. He is also admitted to practice before the United States District Courts for the Eastern District of New York and the Southern District of New York, and the United States Court of Appeals for the Second Circuit. (See Declaration of David E. Brodsky, Esq., attached hereto as Exhibit "B.")

5. Ms. Kroman, also of Cleary Gottlieb, is admitted to the bars of the states of New Jersey, New York and California. She also is admitted to practice before the United States District Courts for the Southern District of New York and the Central District of California. (See Declaration of Jennifer L. Kroman, Esq., attached hereto as Exhibit "C.")

6. Mr. Mast, also of Cleary Gottlieb, is admitted to the bar of the state of New York. He is also admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York. (See Declaration of Stuart N. Mast, Esq., attached hereto as Exhibit "D.")

-3-

7.  Mr. Lowenthal, Mr. Brodsky, Ms. Kroman and Mr. Mast are members in good standing of all the aforementioned bars, and none has been disciplined by any court. In view of the relationship that Defendants have with these attorneys, it is in the Defendants' best interests for these attorneys to participate fully on their behalf in this action.

8.  Counsel for Plaintiffs have been consulted and do not oppose the special admission *pro hac vice* of these attorneys.

- 4-

WHEREFORE, Defendants Salomon Smith Barney Holdings, Inc. and Banc of America Securities, LLC respectfully request that this Court specially admit Mitchell A. Lowenthal, Esq., David E. Brodsky, Esq., Jennifer L. Kroman, Esq., and Stuart N. Mast, Esq., and that they be permitted to participate actively in all phases in this action, including all pre-trial, trial and post-trial proceedings before this Court.

Respectfully submitted,

_____
David C. Franceski, Jr.
Thomas W. Dymek
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8065

Attorneys for Defendants
Salomon Smith Barney, Inc. and
Banc of America Securities, LLC

Of Counsel:

Mitchell A. Lowenthal
David E. Brodsky
Jennifer L. Kroman
Stuart N. Mast
CLEARY, GOTTLIEB, STEEN & HAMILTON
One Liberty Plaza
New York, NY 10006

Dated: November 27, 2002.
615580

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION, a California public pension fund,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. RIGAS, TIMOTHY J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, PETER L. VENETIS, DENNIS P. COYLE, LESLIE J. GELBER, PETE J. METROS, ERLAND E. KAILBOURNE, JAMES R. BROWN, DELOITTE & TOUCHE, LLP, BANC OF AMERICA SECURITIES, LLC, and SALOMON SMITH BARNEY HOLDINGS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 02-CV-4086 |

---

**ORDER**

AND NOW, this       day of                  , 2002, upon consideration of the uncontested motion of Defendants Salomon Smith Barney Holdings, Inc. and Banc of America Securities, LLC for special admission *pro hac vice* of out-of-state counsel, Mitchell A. Lowenthal, Esq., David E. Brodsky, Esq., Jennifer L. Kroman, Esq., and Stuart N. Mast, Esq.; and,

For good cause shown;

It is hereby ORDERED that Defendants' motion for special admission *pro hac vice* is GRANTED; and,

It is FURTHER ORDERED that Mitchell A. Lowenthal, Esq., David E. Brodsky, Esq., Jennifer L. Kroman, Esq., and Stuart N. Mast, Esq. of the law firm of Cleary, Gottlieb,

Steen & Hamilton are permitted to participate actively in all phases of the above-captioned litigation, including all pre-trial, trial and post-trial proceedings before this Court.

                                                                                    _____

                                                                                                                                                                                                  J.

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas W. Dymek, hereby certify that on this 19th day of September, 2002, I caused a true and correct copy of the foregoing to be served upon the following:

<u>VIA FIRST CLASS, U.S. MAIL</u>

Geoffrey C. Jarvis, Esquire
Stuart M. Grant, Esquire
Megan D. McIntyre, Esquire
GRANT & EISENHOFER PA
1201 N. Market Street, Suite 2100
Wilmington, DE  19801-2599


Penny Conly Ellison, Esquire
Thomas S. Biemer, Esquire
DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595


Patrick J. O'Connor
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103


Joel E. Tasca, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL LLP
1735 Market Street, 51st. Floor
Philadelphia, PA  19103


Robert L. Hickok, Esquire
Jeremy Heep, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799

- 8-

      Philip C. Korologos, Esquire
      BOIES, SCHILLER & FLEXNER LLP
      333 Main Street
      Armonk, New York  10504

      Daniel C. Fleming, Esquire
      Henry Oh, Esquire
      WONG FLEMING PC
      1528 Walnut Street, Suite 1602
      Philadelphia, PA  19102


      Matthew H. Meade, Esquire
      MORRISON & FOERSTER LLP
      1290 Avenue of the Americas
      New York, NY  10104-0050




                                                  Thomas W. Dymek

Doc. #610781

**CERTIFICATE OF UNCONTESTED MOTION**

I hereby certify that the foregoing motion is uncontested.

                                                                            Thomas W. Dymek